UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>J.P. SETHI,<br><br>    Defendants. | Case No. 1:21-cv-00949-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF WITH PREJUDICE<br><br>(ECF No. 8) |

On October 15, 2021, Plaintiff filed a notice voluntarily dismissing this action with prejudice and with the parties to bear their own costs and fees pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 8). Therefore, this action has been terminated with prejudice and with the parties to bear their own costs and fees. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

 Dated: **October 18, 2021**      /s/ *Erica P. Grosjean*
                       UNITED STATES MAGISTRATE JUDGE

1